# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-01351-CJC(RNBx) | Date | September 12, 2009 |
|---|---|---|---|
| Title | Miles Aldridge v. Freedom Communications, Inc. | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE RE STAY IN LIGHT OF NOTICE OF FILING BANKRUPTCY

  The Court, on its own motion, hereby ORDERS plaintiffs to show cause in writing no later than September 28, 2009, why this action should not be STAYED as to all defendants in light of Defendant Freedom Communications Inc.'s Notice of Filing Bankruptcy filed on September 4, 2009.

  No oral argument of this matter will be heard unless ordered by the Court. The matter will stand submitted upon the filing of a response to the Court's order to show cause.

                             : 0

Initials of Preparer mu